UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YOLANDA ALVA, | No. ED CV 16-253-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with this Memorandum Opinion.

DATED: November 2, 2016

/s/ Paul L. Abrams
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE