LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| YOLANDA ALVA, | No. EDCV 16 – 253 PLA |
|    Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|    Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED THIRTY-NINE AND 49/100 ($3,539.49) subject to the terms of the stipulation.

DATE: 12/12/16    _____
                                   HON. PAUL L. ABRAMS,
                                   UNITED STATES MAGISTRATE JUDGE